ACCEPTED
03-14-00774-CV
5553376
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 4:34:28 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00774-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 4:34:28 PM
JEFFREY D. KYLE
Clerk

ELLEN JEFFERSON, D.V.M.

*Appellant*,

v.

TEXAS STATE BOARD OF VETERINARY MEDICAL EXAMINERS AND NICOLE ORIA, IN
HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR

*Appellees*.

On Appeal from the 250th Judicial District Court
of Travis County, Texas

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE
BRIEF OF APPELLANT ELLEN JEFFERSON, D.V.M.**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Ellen Jefferson, D.V.M. ("Dr. Jefferson") respectfully requests an additional thirty days to file her Appellant's brief for the following reasons:

I.

The current deadline for filing Dr. Jefferson's Appellant's Brief is June 8, 2015. A thirty-day extension of time to file Appellant's Brief would create a new deadline of July 8, 2015. This motion is not opposed.

II.

Appellant does not request an extension of time for purposes of delay but rather so that justice may be done and so that Appellant's counsel may prepare a fully researched and helpful brief for the Court's consideration.

III.

Additional time is needed to prepare this brief due to Appellant's counsel's multiple additional work matters. In addition to this case, appellate counsel Ryan Clinton is involved in litigation matters including:

- *Endeavor Energy Resources, L.P. v. Discovery Operating, Inc.*, No. 15-0155 in the Supreme Court of Texas;

- *JSA Properties Ltd. v. SandRidge Energy, Inc.*, No. P-11681-112-CV in the 112th District Court of Pecos County;

- *Tamra Hissom Budd, et al v. Energen Resources Corporation.*, No. 15-02-825, in the 143rd District Court of Loving County;

- *GKM Mineral Partnership, LP v. SandRidge Energy, Inc.*, No. 3,123 in the 83rd District Court of Terrell County, Texas;

- *Lothian Cassidy, L.L.C. v. Bruce Ransom*, No. 15-50138, in the United States Court of Appeals for the Fifth Circuit;

- *West Texas National Bank v. FEC Holdings*, No. CV48334, in the 385th District Court of Midland County;

- *Brennand Lazy H Ranch Ltd. v. Energen Resources Corporation*, No. 16,452, in the 32nd District Court of Mitchell County; and

- *Mercury-Ward LLC v. Anadarko Petroleum Corporation*, No. 13-09-23160-CVW, in the 143rd District Court of Ward County.

Appellate counsel David Brown is involved in litigation matters including:

- *Alvarez & Marsal Insurance Advisory Services v. The Honorable Greg Abbott, Attorney General of Texas and Texas Windstorm Insurance Association*, No. D-1-GN-13-002445, in Travis County District Court;

- *Alvarez & Marsal Insurance Advisory Services v. The Honorable Greg Abbott, Attorney General of Texas and Texas Windstorm Insurance Association*, No. D-1-GN-13-003669, in Travis County District Court;

- *Texas Windstorm Insurance Association v. The Honorable Greg Abbott, Attorney General of Texas*, D-1-GN-14-001353, in Travis County District Court;

- *Texas Windstorm Insurance Association v. The Honorable Greg Abbott, Attorney General of Texas*, D-1-GN-14-001799, in Travis County District Court;

- *Texas Windstorm Insurance Association v. The Honorable Greg Abbott, Attorney General of Texas*, D-1-GN-14-002686, in Travis County District Court;

- *Texas Windstorm Insurance Association v. The Honorable Greg Abbott, Attorney General of Texas*, D-1-GN-14-002775, in Travis County District Court;

- *Harris County Hospital District v. AT&T*, No. 2010-28461, in the 333rd District Court for Harris County, Texas;

- *Texas Department of Motor Vehicles v. New Orleans Cold Storage and Warehouse Company*, SOAH Docket No. 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, in the State Office of Administrative Hearings;

- *Texas Board of Veterinary Medical Examiners v. Ellen Jefferson, DVM*, SOAH Docket No. 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, in the State Office of Administrative Hearings;

- *In re: Cointerra, Inc.*, No. 15-10109 in the United States Bankruptcy Court for the Western District of Texas;

- *In re: UPH Holdings, Inc. and Tex-Link Communications, Inc.*, No. 13-10570 in the United States Bankruptcy Court for the Western District of Texas;

- *Application of CenterPoint Energy Houston Electric LLC to Amend a Certificate of Convenience and Necessity*, SOAH Docket No. 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, PUC Docket No. 44547; and

- *Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC*, FERC Docket No. PF15-20.

Appellate counsel David Blanke is involved in litigation matters including:

- *Texas County and District Retirement System v. Wexford Spectrum Fund, L.P., et al.*, No. D-1-GN-13-001141, in the 261st Judicial District Court, Travis County, Texas;

- *Taccolini, et al. v. InduSoft Inc., et al.*, No. D-1-GN-14-001853, in the 201st Judicial District Court of Travis County, Texas;

- *Texas Board of Veterinary Medical Examiners v. Ellen Jefferson, DVM*, SOAH Docket No. 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, in the State Office of Administrative Hearings; and

- an ongoing Texas Attorney General antitrust CID investigation.

IV.

This is Dr. Jefferson's second request for an extension of time to file her Appellant's brief.

V.

Counsel for Dr. Jefferson conferred with Appellees' counsel regarding this motion, and counsel for Appellees indicated that Appellees do not oppose this motion.

WHEREFORE, Appellant Ellen Jefferson, D.V.M. prays that the Court grant this Unopposed Second Motion for Extension of Time to File Brief of Appellant, and for any such other relief to which she is entitled.

Respectfully submitted,

/s/ Ryan Clinton
Ryan Clinton
State Bar No. 24027934
rdclinton@dgclaw.com
DAVIS, GERALD & CREMER, P.C.
111 Congress Ave., Suite 1660
Austin, Texas 78701
(432) 687-0011
Fax: (432) 687-1735

David F. Brown
State Bar No.  03108700
dbrown@ebblaw.com
David P. Blanke
State Bar No. 02453600
dblanke@ebblaw.com
EWELL, BROWN & BLANKE, LLP
111 Congress Ave., 28th Floor
Austin, TX 78701
(512) 457-0233

ATTORNEYS FOR APPELLANT
ELLEN JEFFERSON, D.V.M.

## CERTIFICATE OF CONFERENCE

I certify that counsel for Dr. Jefferson contacted counsel for Appellees regarding this motion, and that counsel for Appellees indicated that Appellees do not oppose this Motion.

*/s/ Ryan Clinton*
Ryan Clinton

## CERTIFICATE OF COMPLIANCE

I certify that this motion was prepared in 14-point font.

*/s/ Ryan Clinton*
Ryan Clinton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was sent this 4th day of June, 2015, as follows:

**VIA EFSP & EMAIL**
Mr. Andrew Lutostanski
andrew.lutostanski@texasattorneygeneral.gov
Mr. Ted A. Ross
ted.ross@texasattorneygeneral.gov
Office of the Attorney General
  of Texas
Administrative Law Division
P. O. Box 12548
Austin, TX 78711

*/s/ Ryan Clinton*
Ryan Clinton